IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Marcus Antonio Frierson, | ) | C/A No.: 1:10-3103-DCN-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ofc. Tripp; Lt. B. Haney; Ms. Burch, | ) | |
| Mental Health; Nurse Felder-Gadson; | ) | REPORT AND RECOMMENDATION |
| Nurse Ms. Manigolt; IGC Ms. Jinkins; | ) | |
| Ms. Gant, Ofc.; Ms. Conelly, Head | ) | |
| Nurse; Ofc. Gullet; Ms. Lee, Mental | ) | |
| Health; Ms. Chase, Nurse; Ms. James, | ) | |
| Nurse; Ms. Paquevacc, Nurse; Ms. | ) | |
| Andrews, Nurse; Ms. Conner, Mental | ) | |
| Health; Ms. Gray, Mental Health, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed this action on December 7, 2010, which is construed as alleging violations of 42 U.S.C. § 1983. Defendants filed motions for summary judgment on May 9, 2011 and May 13, 2011. [Entry #41, #47]. As Plaintiff is proceeding pro se, the court entered orders pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on May 9 and May 16, 2011, advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. [Entry #43, #48]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motions may be granted, thereby ending this case. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* orders, Plaintiff failed to respond to the motions.

On June 22, 2011, the court ordered Plaintiff to advise whether he wished to continue with the case by July 7, 2011. [Entry #31]. Plaintiff has filed no response. As

such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO RECOMMENDED.

*/s/ Shiva V. Hodges*

July 8, 2011  
Florence, South Carolina

Shiva V. Hodges  
United States Magistrate Judge