IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Marcus Antonio Frierson, ) | Civil Action No. 1:10-3103 DCN SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| Ofc. Tripp; Lt. B. Haney; Ms. Burch, ) | |
| Mental Health; Nurse Felder-Gadson; ) | |
| Nurse Ms. Manigolt; IGC Ms. Jinkins; ) | |
| Ms. Gant, Ofc.: Ms. Conelly, Head ) | |
| Nurse; Ofc. Gullet; Ms. Lee, Mental ) | |
| Health; Ms. Chase, Nurse; Ms. James, ) | |
| Nurse; Ms. Paquevacc, Nurse; Ms. ) | |
| Andrews, Nurse; Ms. Conner, Mental ) | |
| Health; Ms. Gray, Mental Health, ) | |
| ) | |
| Defendants. ) | |

This matter is before this court pursuant to plaintiff's response to defendants' motion for summary judgment which was filed on July 11, 2011. In the Magistrate Judge's Report and Recommendation, she recommended dismissal of plaintiff's claims because plaintiff failed to respond to defendants' Motion for Summary Judgment and recommends this action be dismissed for failure to prosecute.

**THEREFORE, IT IS ORDERED** that the case be remanded to the Magistrate Judge to consider plaintiff's response to defendants' Motion for Summary Judgment, as well as plaintiff's Motion for Temporary Restraining Order and defendants' Motion for Extension of Time.

**AND IT IS SO ORDERED.**

July 25, 2011
Charleston, South Carolina

David C. Norton
Chief United States District Judge